THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

| | |
|---|---|
| CONNOR HEPLER and AARON LANCASTER, Individually and on Behalf of All Others Similarly Situated, | NO.  2:24-cv-1735 JNW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND DEFENDANT VALVE CORPORATION'S RESPONSE TO CLASS ACTION COMPLAINT AND RELATED CASE DEADLINES** |
| vs. | |
| VALVE CORPORATION, | |
| Defendants. | **NOTE ON MOTION CALENDAR: NOVEMBER 7, 2024** |

9
10
11
12
13
14
15
16

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On October 23, 2024, Plaintiffs filed their Class Action Complaint. Several related actions are currently pending in this Court.[1] On October 31, 2024, in two related litigations, the parties understand the Court to have expressed an intention to address scheduling issues concerning these related litigations together. The parties met

17
18
19
20
21
22
23
24
25
26

---

[1] *Wolfire Games LLC et al. v. Valve Corporation*, Case No. 2:21-cv-00563-JNW

*Elliott et al. v. Valve Corporation*, Case No. 2:24-cv-01218-JNW

*Drake et al. v. Valve Corporation*, No. 2:24-cv-01743-MLP

*Valve Corporation v. Abbruzzese et al.*, Case No. 2:24-cv-01717-JNW

---

Stipulation and ~~Proposed~~ Order
Regarding Service and Defendant
Valve Corporation's Response to
Complaint

Page 1

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

1    and conferred on November 5, 2024, and stipulate that:

2        1)  Defendant Valve Corporation shall be deemed to have accepted service of Plaintiffs' Class

3            Action Complaint in this Action, ECF No. 1, as of the date of this Order; and

4        2)  Defendant Valve Corporation's deadline to respond to the Class Action Complaint, and

5            other case schedule deadlines including the parties Rule 26 Conference and Initial

6            Disclosures, shall be held in abeyance pending further instruction from the Court as to

7            consolidation of this case with related litigation and case scheduling matters.

8        DATED this 7th day of November, 2024

9        Respectfully submitted,

10   *s/ Blake Marks-Dias*
     Blake Marks-Dias, WSBA No. 28169
11   1015 Second Avenue, Floor 10
     Seattle, WA 98104
12   (206) 625-8600 Phone
     (206) 625-0900 Fax
13   bmarksdias@corrcronin.com

14   *Attorneys for Defendant Valve Corporation*

15

16

17

18

19

20

21

22

23

24

25

26

*/s/ Brent W. Johnson*
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*Attorneys for Hepler Plaintiffs*

---

Stipulation and ~~Proposed~~ Order
Regarding Service and Defendant
Valve Corporation's Response to
Complaint

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

IT IS SO ORDERED.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:


*/s/ Brent W. Johnson*
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*Attorneys for Hepler Plaintiffs*

---

Stipulation and ~~Proposed~~ Order
Regarding Service and Defendant
Valve Corporation's Response to
Complaint

Page 3

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600