THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CONNOR HEPLER and AARON LANCASTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendants. | No. 2:24-cv-01735-JNW <br><br> **NOTICE OF JOINT MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LCR 42** |

Pursuant to Local Civil Rule 42(a), Plaintiffs Connor Hepler and Aaron Lancaster hereby give notice to this Court that Plaintiffs John Elliott, Ricardo Camargo, Javier Rovira, and Bradley Smith ("*Elliott* Plaintiffs"); Connor Hepler and Aaron Lancaster ("*Hepler* Plaintiffs"); and Brandon Drake and Eric Saavedra ("*Drake* Plaintiffs") filed a Joint Motion to Consolidate Related Actions in the lowest filed case, *Elliott et al. v. Valve Corporation*, No. 2:24-cv-01218-JNW (W.D. Wash.). The *Hepler* Plaintiffs attach the Motion to Consolidate to this Notice as Exhibit A.

NOTICE OF JOINT MOTION TO CONSOLIDATE
2:24-cv-01218-JNW

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

DATED this 8th day of November, 2024

/s/ *Brent W. Johnson*
Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

NOTICE OF JOINT MOTION TO CONSOLIDATE
2:24-cv-01218-JNW

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Brent W. Johnson*
Brent W. Johnson

NOTICE OF JOINT MOTION TO CONSOLIDATE
2:24-cv-01218-JNW

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600