# EXHIBIT A

Case 2:24-cv-01218-JNW    Document 19    Filed 11/08/24    Page 2 of 6

THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01218-JNW<br><br>**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL CIVIL RULE 42**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 8, 2024 |
| CONNOR HEPLER and AARON LANCASTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01735-JNW |
| BRANDON DRAKE and ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01743-MLP |

1         Pursuant to Local Civil Rule 42(a), Plaintiffs John Elliott, Ricardo Camargo, Javier Rovira, and Bradley Smith ("*Elliott* Plaintiffs"); Connor Hepler and Aaron Lancaster ("*Hepler* Plaintiffs"); and Brandon Drake and Eric Saavedra ("*Drake* Plaintiffs") respectfully submit this Joint Motion to Consolidate Related Actions. This Joint Motion seeks to consolidate three related actions: *Elliott et al. v. Valve Corporation*, No. 2:24-cv-01218-JNW (W.D. Wash.), *Hepler et al. v. Valve Corporation*, No. 2:24-cv-01735-JNW (W.D. Wash.), and *Drake et al. v. Valve Corporation*, No. 2:24-cv-01743-MLP (W.D. Wash.).

      *Elliott* and *Hepler* are currently pending before this Court. *Drake* is currently pending before Hon. Michelle L. Peterson in this District. *Elliott*, *Hepler*, and *Drake* are putative class actions on behalf of PC video game consumers, alleging that a common defendant—Valve Corporation—has used anticompetitive restraints of trade to unlawfully monopolize the market for PC game distribution and harm consumers. Consolidating these cases pursuant to Local Civil Rule 42(a) will promote efficiency and conserve the Court's and the parties' resources.

      Movants therefore respectfully request that the Court consolidate the *Hepler* and *Drake* actions into the lower-numbered *Elliott* action, under the master caption *In re Valve Consumer Antitrust Litigation*. Movants do not believe consolidation with the consolidated PC game publisher class action *In re Valve Antitrust Litigation*, No. 2:21-cv-00563 (W.D. Wash), is appropriate at this time but understand the Court will consider this question separately pursuant to its own briefing schedule. Movants have met and conferred with defendant Valve pursuant to Local Civil Rule 42(b). Valve states that it "supports consolidation of the consumer class action cases generally, but believes that the Colvin Plaintiffs' case should be included in the proposed consolidated matter. *See Wolfire* Dkt. 376."

DATED this 8th day of November, 2024

/s/ Steve W. Berman
Steve W. Berman (WSBA No. 12536)
Xiaoyi Fan (WSBA No. 56703)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail: benh@hbsslaw.com

William Ward Bucher IV (*pro hac vice* forthcoming)
BUCHER LAW PLLC
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

*Attorneys for the Elliott Plaintiffs*

Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

Corrie Yackulic (WSBA No. 16063)
CORRIE YACKULIC LAW LLC
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Tel: (206) 787-1915
corrie@cjylaw.com

*Attorneys for the <u>Hepler</u> Plaintiffs*

Michael C. Dell'Angelo (*pro hac vice*)
Candice J. Enders (*pro hac vice*)
Zachary D. Caplan (*pro hac vice* forthcoming)
Julia McGrath (*pro hac vice* forthcoming)
Najah A. Jacobs (*pro hac vice* forthcoming)
Jeremy Gradwohl (*pro hac vice* forthcoming)
Sarah Zimmerman (*pro hac vice* forthcoming)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, PA 19103
Phone: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net
zcaplan@bm.net
jmcgrath@bm.net
jgradwohl@bm.net
szimmerman@bm.net

Karin B. Swope, WSBA No. 24015
Thomas E. Loeser, WSBA No. 38701
COTCHETT, PITRE & MCCARTHY, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Phone: (206) 802-1272
Fax: (650) 697-0577
kswope@cpmlegal.com
tloeser@cpmlegal.com

Derek W. Loeser, WSBA No. 24274
David Ko, WSBA No. 38299
Ryan McDevitt, WSBA No. 43305
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
dloeser@kellerrohrback.com
dko@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Attorneys for the <u>Drake</u> Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

Dated: November 8, 2024

/s/ Steve W. Berman

Steve W. Berman